## REID V. THE STATE.

### *Crime.*

(Decided Feb. 14, 1907.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

BILBRO & MOODY, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

TYSON, C. J.—Affirmed on the authority of *Tanner v.*

*The State,* 92 Ala. 1; *Shirley v. The State,* 144 Ala. 35; Sec. 5259, Code 1896.

HARALSON, SIMPSON and DENSON, JJ., concur.